

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00021-CV

Colleen T. **BRADY**,
Appellant

v.

**COMPASS BANK** d/b/a BBVA Compass,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10192
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that costs of the appeal are assessed against appellant.

SIGNED September 23, 2020.

_____
Rebeca C. Martinez, Justice